UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARJANWOOD OWNERS ASSOCIATION,<br><br>                Plaintiff,<br><br>    v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>                Defendants. | CASE NO. 2:23-cv-183<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The Court has reviewed Plaintiff's Notice of Settlement with Defendant Philadelphia Indemnity Insurance Company. Dkt. No. 8. Plaintiff requests at least 60 days to "perfect settlement" with Defendant. Accordingly, the Court strikes all deadlines in its initial scheduling order. To the extent the parties finalize an agreement, Counsel must file a stipulation and proposed order of dismissal. If additional time is needed to perfect the settlement, counsel should email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov to request an extension.

      Dated this 18th day of July, 2023.

- 1

Ravi Subramanian

Clerk

*/s/ Serge Bodnarchuk*

Deputy Clerk

MINUTE ORDER - 2