**Honorable Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARJANWOOD OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:23-cv-00183-JNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>**(CLERK'S ACTION REQUIRED)** |

## I. STIPULATION

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the attached Order may be entered.

Dated this 14th day of September, 2023.

FORSBERG & UMLAUF, P.S.

*s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA #34158
*Attorneys for Defendant Philadelphia Indemnity Company*

Dated this 14th day of September, 2023.

STEIN, SUDWEEKS & STEIN PLLC

*s/ Justin D. Sudweeks*
Justin D. Sudweeks, WSBA #28755
*Attorneys for Arjanwood Owners Association*

Stipulated Order and Dismissal of All Claims with Prejudice – 1
Cause No.:  2:23-cv-00183-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this 5th day October, 2023.

 

Jamal N. Whitehead
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA #34158
*Attorneys for Defendant Philadelphia Indemnity Company*

STEIN, SUDWEEKS & STEIN PLLC

*s/ Justin D. Sudweeks*
Justin D. Sudweeks, WSBA #28755
*Attorneys for Arjanwood Owners Association*

Stipulated Order and Dismissal of All Claims with Prejudice – 2
Cause No.:  2:23-cv-00183-JNW

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX